```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                          Case No. 17-03361-HWV
Kevin Lee Sipes                                                 Chapter 13
         Debtor
                           CERTIFICATE OF NOTICE
District/off: 0314-1        User: AGarner          Page 1 of 1         Date Rcvd: Feb 07, 2018
                            Form ID: pdf010        Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2018.
db             +Kevin Lee Sipes,    4728 Peach Orchard Road,    Mc Connellsburg, PA 17233-8839
               +Oshkosh Corporation,    Attn: Payroll Administrator,   2307 Oregon Street,   PO Box 2566,
                 Oshkosh, WI 54903-2566

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2018                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Matthew F. Marshall    on behalf of Creditor    AgChoice Farm Credit ACA mmarshall@dmkcg.com,
               jrickabaugh@dmkcg.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 Kevin Lee Sipes pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Thomas I Puleo    on behalf of Creditor    United States Department of Agriculture Farm Service
               Agency tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Kevin Lee Sipes **Chapter** 13

**Debtor(s)** Case No. 1:17-BK-03361-HWV

Matter: Motion for Wage Attachment Order

## ORDER

UPON CONSIDERATION of the above-referenced Debtor(s) having filed a First Amended Plan under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

IT IS HEREBY ORDERED that until further Order of this Court, the entity from who the Debtor, Kevin Lee Sipes, receives income from:

Oshkosh Corporation
Attn: Payroll Administrator
2307 Oregon Street
PO Box 2566
Oshkosh, WI 54902

Should deduct from said Debtor's income the sum of **$102.46** from each **bi-weekly** paycheck, or such other sums as Debtor(s) may from time to time direct, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor(s) receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to Debtor, Kevin Lee Sipes, and to remit the deductible sums to:

Charles J. DeHart, III, Esquire
Standing Chapter 13 Trustee
PO Box 7005
Lancaster, PA 17604

IT IS FURTHER ORDERED that the entity from whom the Debtor, Kevin Lee Sipes, receives income shall notify the Trustee if said Debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the Debtor, Kevin Lee Sipes, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to said Debtor in accordance with usual payment procedure.

IT IS FURTHER ORDERED that the employer will place the Bankruptcy Case Number and the name of the Debtor(s) on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

Dated: February 07, 2018

By the Court,

Henry W. Van Eck, Bankruptcy Judge (KB)