```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                           Case No. 17-03361-HWV
Kevin Lee Sipes                                                  Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1        User: AGarner         Page 1 of 1         Date Rcvd: Mar 16, 2018
                            Form ID: orcnfpln     Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2018.
db             +Kevin Lee Sipes,    4728 Peach Orchard Road,    Mc Connellsburg, PA 17233-8839

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Matthew F. Marshall    on behalf of Creditor    AgChoice Farm Credit ACA mmarshall@dmkcg.com,
               jrickabaugh@dmkcg.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 Kevin Lee Sipes pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Thomas I Puleo    on behalf of Creditor    United States Department of Agriculture Farm Service
               Agency tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 5

orcnfpln(05/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Kevin Lee Sipes          Chapter          13

Debtor(s)                Case No.         1:17–bk–03361–HWV

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on February 6, 2018. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: March 16, 2018                By the Court,

*Henry W. Van Eck*

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: AGarner, Deputy Clerk