# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    KEVIN LEE SIPES                              Case No.: 1-17-03361-HWV
                                                           Chapter 13

        Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                      **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | ADAMS COUNTY FSA |
| Court Claim Number: | 04 |
| Last Four of Loan Number: | Peach Orchard Rd - PRE-ARREARS - 0799 |
| Property Address if applicable: | 4728 PEACH ORCHARD ROAD, , MC CONNELLSBURG, PA17233 |

**PART 2:**                      **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $284.00 |
| b. | Prepetition arrearages paid by the Trustee: | $284.00 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $284.00 |

**PART 3:**                      **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                      **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: February 25, 2021          Respectfully submitted,

         s/ Charles J. DeHart, III, Trustee
         Standing Chapter 13 Trustee
         Suite A, 8125 Adams Drive
         Hummelstown, PA 17036
         Phone: (717) 566-6097
         Fax: (717) 566-8313
         eMail: dehartstaff@pamd13trustee.com

Creditor Name: ADAMS COUNTY FSA
Court Claim Number: 04

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5210 | 1196232 | 01/10/2019 | $103.55 | $0.00 | $103.55 |
| 5210 | 1197522 | 02/07/2019 | $24.77 | $0.00 | $24.77 |
| 5210 | 1199927 | 04/11/2019 | $61.94 | $0.00 | $61.94 |
| 5210 | 1201294 | 05/09/2019 | $24.78 | $0.00 | $24.78 |
| 5210 | 1202616 | 06/06/2019 | $24.77 | $0.00 | $24.77 |
| 5210 | 1203948 | 07/11/2019 | $24.78 | $0.00 | $24.78 |
| 5210 | 1205366 | 08/07/2019 | $19.41 | $0.00 | $19.41 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

KEVIN LEE SIPES  Case No.: 1-17-03361-HWV
Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 25, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| PAUL MURPHY-AHLES ESQUIRE<br>DETHLEFS, PYKOSH & MURPHY<br>2132 MARKET STREET<br>CAMP HILL PA,  17011- | SERVED ELECTRONICALLY |
| ADAMS COUNTY FSA<br>670 OLD HARRISBUR ROAD, SUITE 203<br>GETTYSBURG, PA,  17325 | SERVED BY 1ST CLASS MAIL |
| KEVIN LEE SIPES<br>4728 PEACH ORCHARD ROAD<br>MC CONNELLSBURG, PA  17233 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: February 25, 2021

s/   Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  dehartstaff@pamd13trustee.com